# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

WOODROW WILSON,

        Petitioner,                    Case Number: 2:12-CV-12274

v.                                        HON. GEORGE CARAM STEEH

DEAN VALENTE, et al.,

        Respondent.

_____/

## ORDER DENYING AS MOOT PETITIONER'S MOTION REQUESTING SERVICE OF SUMMONS AND COMPLAINTS AND REQUEST FOR PERMANENT INJUNCTION

State inmate Woodrow Wilson filed a *pro se* civil rights complaint alleging that he received ineffective assistance of counsel and was denied his right to due process during the sentencing proceedings for his state court criminal convictions. Plaintiff was granted permission to proceed *in forma pauperis* under 28 U.S.C. § 1915. He named as defendants, Dean Valente, the attorney who represented him in those proceedings, two unknown prosecutors, an unknown court reporter, and unknown courtroom clerk. On September 28, 2012, the Court dismissed the complaint, pursuant to 28 U.S.C. § 1915(e)(2), because Plaintiff failed to state a claim upon which relief may be granted.

On October 3, 2012, Plaintiff filed a Motion Requesting Service of Summons and Complaints and Request for Permanent Injunction. Because the complaint has been dismissed and the matter is closed, the Court **DENIES AS MOOT** the Motion

Requesting Service of Summons and Complaints and Request for Permanent Injunction (docket # 8).

**SO ORDERED.**

Dated: October 15, 2012

S/George Caram Steeh
GEORGE CARAM STEEH
UNITED STATES DISTRICT JUDGE

---

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record and
Woodrow Wilson #145772, 1960 US Hwy 41South,
Marquette, MI 49855 on
October 15, 2012, by electronic and/or ordinary mail.

s/Marcia Beauchemin
Deputy Clerk

---